

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE SANTOS ESCOBEDO, | § | No. 08-12-00296-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | 78th District Court |
| | § | |
| | § | of Wichita County, Texas |
| THE STATE OF TEXAS, | § | (TC# 52494-B) |
| | § | |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)